

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00091-CR

Michael **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 562194
Honorable Melissa Vara, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED February 12, 2020.

_____
Liza A. Rodriguez, Justice